| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey |
| --- |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Andrew B. Finberg, Esq.<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002-2977<br>(856) 663-5002 |

**Order Filed on November 21, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In re:<br><br><br>ROBERT JEROME LOWDEN<br>SUSAN ANN LOWDEN |
| --- |

Case No.: 24-18241-JNP

Hearing Date: November 20, 2024   9:00 am

Judge:  Jerrold N. Poslusny Jr.

Chapter: 13

## ORDER OF DISMISSAL

The relief set forth on the following pages numbered two (2) through two (2) is **ORDERED**.

**DATED: November 21, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER having come before the court for a hearing on confirmation of the debtor(s) Chapter 13 Plan or Modified Chapter 13 Plan and for good cause shown it is

**ORDERED** that the the above captioned case is hereby dismissed for the following reason(s):

- failure to attend the Section 341(a) meeting

- failure to make all required pre-confirmation payments to the Trustee

- failure to provide all required documents to the Trustee

- failure to resolve Trustee and/or creditor objection

**IT IS FURTHER ORDERED** that pursuant to 11 U.S.C. §349(b) this Court, for cause, retains

jurisdiction over any additional application filed within 30 days by any administrative claimant for funds

on hand with the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated.  The employer is authorized to cease wage withholding immediately.  The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.